UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

NOLAN R. CAMPBELL

          Plaintiff(s),
vs.

**MATSU, INC. D/B/A BAGEL HOST, A FLORIDA CORPORATION, AND MARVIN FEINSTEIN**

          Defendant(s).
_____/

**Case No.:**
**09-CIV-61732/COOKE/BANDSTRA**

**VERIFIED RETURN OF SERVICE**



Pursuant to the request of **THE SHEMTOV LAW FIRM, P.A.,** Countywide Process Service and Investigations received this process on **11/16/2009** at **11:13 AM** to be served upon:

**MARVIN FEINSTEIN**

STATE OF FLORIDA
    ss.


*30226*

I, **ZAKARIA OKOSH**, depose and say that: I am authorized to serve this process in the circuit/county it was served in.

On **11/30/2009** at **4:15 PM**, I served the within **AMENDED COMPLAINT, FIRST SET OF RULE 26.1.G INTERROGATORIES,FIRST REQUEST FOR PORDUCTION TO DEFENDANT** on **MARVIN FEINSTEIN** at **720 CONCH SHELL WAY , Fort Lauderdale, FL 33324** in the manner indicated below:

**SUBSTITUTE SERVED**: pursuant to F.S. 48.031(2)(b) by delivering a true copy of the complaint, petition, or other initial pleading or paper (if any) with this date and hour of service endorsed thereon by me, to the supervisor or the designated person to accept service of process, for the person to be served, and informing said person of the contents therein and informing said person of their contents therein and informing said person of the contents thereof, pursuant to F.S. 48.031(2)(b):

NAME: **IVY FEINSTEIN**    TITLE/RELATION: **SPOUSE / CO RESIDENT**

Comments/Prev. Attempts: **AFFIANT WAS NOT ABLE TO MAKE CONTACT WITH THE DEFENDANT AT THE PROVIDED ADDRESS OF 120 SOUTH UNIVERSITY DRIVE, SUITE B, FT LAUDERDALE, FL 33324. A SECOND ADDRESS OF 720 CONCH SHELL WAY, FT LAUDERDALE FL, 33324 WAS GIVEN WHERE SERVICE OF PROCESS WAS PERFECTED.**

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct. I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I am over the age of eighteen, and have no interest in the above action.

By: _____
**ZAKARIA OKOSH** − Cert/Appt#: 897
Notary Not Required Pursuant To F.S. 92.525.
Countywide Process Service & Investigations; 12260 SW 132nd Court, #113; Miami, FL 33186; 305−234−5858